UNITED STATES DISTRICT COURT
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 982(a)(2)(B) |
| v. | 18 U.S.C. § 1030(a)(5)(B) |
| | 18 U.S.C. § 1030(c)(4)(A)(i)(I) |
| JOSHUA PAUL ARMBRUST, | 18 U.S.C. § 1030(i) |
| Defendant. | 24cr284 JWB/LIB |

THE UNITED STATES GRAND JURY CHARGES THAT:

## Introduction

1. At times relevant to the Indictment:

    a. Defendant JOSHUA PAUL ARMBRUST was an individual residing in Orr, Minnesota.

    b. Digital River is a global e-commerce and payment processing company based in Minnetonka, Minnesota.

    c. Amazon Web Services or AWS is a cloud computing platform offered by Amazon.

    d. Coinbase is a cryptocurrency exchange that allows users to buy, sell, and store various cryptocurrencies.

2. Cryptojacking is a form of cybercrime where an unauthorized party uses someone else's computing resources to mine cryptocurrency. The goal of cryptojacking is to generate cryptocurrency, such as Bitcoin or

SCANNED
OCT 17 2024
U.S. DISTRICT COURT ST. PAUL

Ethereum, by leveraging the victim's hardware, which can lead to reduced system performance, increased energy consumption, and higher operating costs.

## COUNT 1
(Computer Fraud)

3. Paragraph 1 is re-alleged as if set forth herein.

4. From on or about December 2, 2020, through on or about May 25, 2021, in the State and District of Minnesota, the defendant,

**JOSHUA PAUL ARMBRUST,**

did intentionally access a protected computer without authorization, and as a result of such conduct, recklessly caused damage, and the offense caused loss to one or more persons during a 1-year period aggregating at least $5,000 in value, all in violation of Title 18, United States Code, Sections 1030(a)(5)(B), (c)(4)(A)(i)(I).

5. ARMBRUST was an employee at Digital River who resigned from his position in February 2020.

6. Between December 2, 2020, and May 25, 2021, ARMBRUST engaged in a cryptojacking scheme that resulted in significant losses for Digital River.

7. After leaving his position at Digital River, ARMBRUST remotely accessed the company's Amazon Web Services (AWS) account on multiple

occasions without authorization and utilized AWS computers to mine Ethereum (ETH) cryptocurrency. This unauthorized access resulted in substantial costs for Digital River, totaling over $45,000.

8. The mined Ethereum (ETH) was directed into a digital wallet and subsequently transferred to two Coinbase accounts registered solely in ARMBRUST's name. ARMBRUST then liquidated the mined ETH, totaling over $7,000, and transferred the proceeds to his Wells Fargo banking account.

## FORFEITURE ALLEGATIONS

Upon conviction of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1030(i), any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such violations. Pursuant to Title 18, United States Code, Section 1030(i), the defendant shall also forfeit to the United States, any interest in any personal property that was used or intended to be used to commit or to facilitate the commission of the violations.

A TRUE BILL

_____        _____
**UNITED STATES ATTORNEY**              **FOREPERSON**