IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: JOHN F. DOCHERTY | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 24-cr-284 (JWB/LIB) |
| | ) | Date: | November 1, 2024 |
| Joshua Paul Armbrust, | ) | Courthouse: | St. Paul |
| | ) | Courtroom: | 6A |
| Defendant. | ) | Time Commenced: | 1:46 p.m. |
| | ) | Time Concluded: | 1:53 p.m. |
| | ) | Time in Court: | 7 minutes |

APPEARANCES:

Plaintiff: Bradley Endicott, Assistant U.S. Attorney
Defendant: Matthew Deates
    X FPD (for purposes of today)

Date Charges Filed: October 17, 2024        Offense: computer fraud

    X Advised of Rights

on   X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release

Next appearance date is TBD before U.S. Magistrate Judge Leo I. Brisbois for:
  X Arraignment

X Government moves to unseal the case.    X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                 *s/nah*
                                                Signature of Courtroom Deputy