# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No:       24-CR-284 (1) JWB/LIB |
| | Date:              April 1, 2025 |
| JOSHUA PAUL ARMBRUST, | Court Reporter: Erin Drost |
| | Courthouse:    St. Paul |
| Defendant. | Courtroom:      3B |
| | Time Commenced: 10:08 a.m. |
| | Time Concluded:   10:43 a.m. |
| | Time in Court:     35 Minutes |

Before Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:   Bradley Endicott, Assistant United States Attorney
   For Defendant:   William Dooling, Retained

PROCEEDINGS:
   ☒ **Change of Plea Hearing.**
   ☒ PLEA:
      ☒ Guilty as to Count 1 of the Indictment.
   ☒ Presentence Investigation and Report requested.
   ☒ Bond continued.

s/ D. Dodd
Courtroom Deputy
