# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>JOSHUA PAUL ARMBRUST,<br>    Defendant. | **COURT MINUTES - CRIMINAL**<br><br>Case No: 24-CR-284(1) JWB/LIB<br>Date: October 21, 2025<br>Court Reporter: Erin Drost<br>Courthouse: St. Paul<br>Courtroom: 7A<br>Time Commenced: 2:12 PM<br>Time Concluded: 2:38 PM<br>Time in Court: 26 Minutes |

Before Judge Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    Bradley M. Endicott, Assistant United States Attorney
    For Defendant:    William R. Dooling, Retained

**x Sentencing.**

IT IS ORDERED:    Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | | | | 3 years | |

x  Special conditions of : **See J&C for special conditions**
x  Defendant sentenced to pay:
    x  Restitution in the amount of $45,270.00.
    x  Special assessment in the amount of $100.00.
x  Plea and plea agreement accepted.
x  Defendant released pending execution of sentence of probation on same terms and conditions as previously released.
x   Docket nos. 39 and 41: shall be unsealed at the time the judgment is filed.

s/D. Dodd<br>Courtroom Deputy